IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

YVON MONCHER,

    Plaintiff,

v.                                                        CASE NO. 1:14-cv-00222-MP-GRJ

MIAMI BEACH POLICE DEPARTMENT, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 1, 2014. (Doc. 3).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Petitioner has filed two documents at Docs. 4 and 5 which, like the complaint itself, are rambling and nonsensical.  To the extent they can be considered objections, I have made a de novo review based on those objections and have determined that the Report and Recommendation should be adopted.  To the extent that Doc. 3 and 4 ask for some separate relief, such relief is denied. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. The motion for leave to proceed as a pauper (Doc. 2) is DENIED, and this case is DISMISSED WITHOUT PREJUDICE pursuant to the 28 U.S.C § 1915(g) three-strikes bar.
3. To the extent that Docs. 3 and 4 request relief from the Court, they are denied.

    **DONE AND ORDERED** this   *8th*  day of January, 2015

                                                *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge